DUKE POWER COMPANY, RESPONDENT, v. THE ESSEX COUNTY BOARD OF TAXATION AND THE CITY OF NEWARK, APPELLANTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellants, *James F. X. O'Brien.*

For the respondent, *Pitney, Hardin & Skinner.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Case, Donges, Heher, Porter, Hetfield, Dear, Wells, Wolfs-Keil, JJ.    10.

*To remand*—The Chancellor.    1.